**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01000-CV

### RUSSELL D. ABEREGG, Appellant

### V.

### MONICA CESCHAN, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-12-00023

## ORDER

By letter dated May 23, 2013, the Court notified appellant that his brief was defective and instructed appellant to file an amended brief within ten days. Appellant did not file an amended brief. Rather, appellant filed a motion for remand on June 19, 2013. We **DENY** appellant's motion for remand.

This appeal will be submitted on the brief appellant tendered to this Court on May 20, 2013. We **ORDER** that brief filed as of the date of this order. Appellee's brief is due thirty days from the date of this order.

/s/      DAVID LEWIS
         JUSTICE